# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PINEDA IBARRA, | CASE NO. CV F 07-0145 OWW LJO |
| Plaintiff, | **ORDER TO: (1) SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT; OR (2) TO PAY $350 FILING FEE** |
| vs. | |
| JOHN DOE WALLACE, | |
| Defendant. | |

Plaintiff Jorge Pineda Ibarra ("plaintiff") is a state prisoner and proceeds pro se in this action. Plaintiff filed his complaint and but neither filed an application to proceed in forma pauperis nor to paid the $350 filing fee. As such, plaintiff must either: (1) file a fully completed Application To Proceed In Forma Pauperis By A Prisoner ("application") with required information regarding his current prisoner account, required signatures and a certified copy of his prisoner account statement; (2) pay the $350 filing fee; or (3) inform this Court that he no longer wishes to proceed with this action. *See* 28 U.S.C § 1915(a)(2).

Accordingly, this Court ORDERS:

1. This Court's clerk to send to plaintiff a form Application To Proceed In Forma Pauperis By A Prisoner; and

2. Plaintiff, no later than March 2, 2007, either to: (a) submit a fully completed Application To Proceed In Forma Pauperis By A Prisoner with all required information, signatures

1 and a certified copy of his prisoner account statement for the preceding six-month period;
2 (b) pay the $350 filing fee for this action; or (c) inform the Court that plaintiff no longer
3 wishes to proceed with this action.
4 **Failure to timely comply with this order will result in a recommendation to dismiss this**
5 **action. This Court will take no action on plaintiff's claims or papers until he complies with this**
6 **order.**
7 IT IS SO ORDERED.
8 **Dated:  January 29, 2007**                    /s/ Lawrence J. O'Neill
  66h44d                                                  UNITED STATES MAGISTRATE JUDGE