# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PINEDA IBARRA, | Case No. 1:07-cv-0145 OWW NEW (TAG) |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SUBMIT A NEW APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| — WALLACE, | |
| Defendant. | |

Plaintiff, Jorge Pineda Ibarra, a state prisoner proceeding pro se, filed a civil rights complaint, 42 U.S.C. § 1983. (Doc. 2). On January 30, 2007, this Court ordered Ibarra either to pay the $350 filing fee or file the included application to proceed in forma pauperis ("IFP"). (Doc. 3). Ibarra filed an unsigned IFP application used by the Northern District of California on May 18, 2007. (Doc. 6). This Court requires that an IFP application be signed under penalty of perjury by the plaintiff, and that the applicant submit the standard Eastern District of California form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to send Plaintiff an Application to Proceed in Forma Pauperis by a Prisoner; and

2. Plaintiff is ORDERED to file the new Application, with all of the required information, including his signature and a certified copy of his prisoner account statement for the preceding six-month period, on or before July 2, 2007.

IT IS SO ORDERED.

Dated: **June 14, 2007**           **/s/ Theresa A. Goldner**
                                   UNITED STATES MAGISTRATE JUDGE