IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PINEDA IBARRA,<br><br>        Plaintiff,<br><br>  v.<br><br>MR. JOHN DOE (WALLACE),<br><br>        Defendants. | Case No. 1:07-cv-0145 OWW NEW (TAG)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS (Doc. 10) |

Plaintiff Jorge Pineda Ibarra ("Plaintiff") is a state prisoner proceeding pro se with a civil rights complaint, pursuant to 42 U.S.C. § 1983. (Doc. 2). On August 3, 2007, the Magistrate Judge screened Plaintiff's complaint and issued Findings and Recommendations that recommended the complaint be dismissed for failure to state a claim. (Doc. 9). Objections to the Findings and Recommendations were due August 20, 2007. (Id.). On August 16, 2007, Petitioner filed a motion for a 30-day extension of time to file objections to the Findings and Recommendations, contending that he is in segregation and thus unable to acquire documents that are "imperative" for his objections. (Doc.10).

The Court finds good cause for granting a one-time extension of time for Plaintiff to file objections to the Findings and Recommendations; however Plaintiff is cautioned that the objections must not exceed 25 pages including attachments.

ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. 10) is GRANTED;

1

2.   Plaintiff shall have thirty (30) days from the date of service of this Order to file Objections to the Magistrate Judge's Findings and Recommendations (Doc. 9).

3.   This Order is made nunc pro tunc to August 20, 2007.

IT IS SO ORDERED.

Dated:   **August 21, 2007**                                                            **/s/ Theresa A. Goldner**
                                                                                                    UNITED STATES MAGISTRATE JUDGE

2